IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC., FOREST LABORATORIES HOLDINGS, LTD., MERZ PHARMA GMBH & CO. KGAA, MERZ PHARMACEUTICALS GMBH, and ADAMAS PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., WOCKHARDT USA LLC, WOCKHARDT BIO AG, WOCKHARDT LTD., SUN PHARMA GLOBAL FZE, and SUN PHARMACEUTICAL INDUSTRIES, LTD., <br><br> Defendants. | C.A. No. 14-121 (LPS) |
| FOREST LABORATORIES, INC., FOREST LABORATORIES HOLDINGS, LTD., and ADAMAS PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> APOTEX CORP., APOTEX INC., ZYDUS PHARMACEUTICALS (USA), INC., CADILA HEALTHCARE LTD. (d/b/a/ ZYDUS CADILA), PAR PHARMACEUTICAL, INC., ANCHEN PHARMACEUTICALS, INC. and ACTAVIS LABORATORIES FL, INC., <br><br> Defendants. | C.A. No. 14-200 (LPS) |

| | |
|---|---|
| FOREST LABORATORIES, INC., FOREST LABORATORIES HOLDINGS, LTD., MERZ PHARMA GMBH & CO. KGAA, MERZ PHARMACEUTICALS GMBH, and ADAMAS PHARMACEUTICALS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AMNEAL PHARMACEUTICALS LLC, AMNEAL PHARMACEUTICALS OF NEW YORK, LLC, AMERIGEN PHARMACEUTICALS, INC., AMERIGEN PHARMACEUTICALS LTD. and MYLAN PHARMACEUTICALS INC.,<br><br>Defendants. | C.A. No. 14-508 (LPS) |
| FOREST LABORATORIES, INC., FOREST LABORATORIES HOLDINGS, LTD. and ADAMAS PHARMACEUTICALS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>RANBAXY INC., RANBAXY LABORATORIES LIMITED and TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendants. | C.A. No. 14-686 (LPS) |

| FOREST LABORATORIES, LLC, FOREST LABORATORIES HOLDINGS, LTD. and ADAMAS PHARMACEUTICALS, INC., Plaintiffs, v. LUPIN LIMITED, LUPIN PHARMACEUTICALS, INC., PAR PHARMACEUTICAL, INC., ANCHEN PHARMACEUTICALS, INC., AMERIGEN PHARMACEUTICALS, INC., and AMERIGEN PHARMACEUTICALS LTD., Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 14-1058 (LPS) |
|---|---|---|
| FOREST LABORATORIES, LLC, FOREST LABORATORIES HOLDINGS, LTD. and ADAMAS PHARMACEUTICALS, INC., Plaintiffs, v. AMERIGEN PHARMACEUTICALS, INC. and AMERIGEN PHARMACEUTICALS LTD., Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 14-1271 (LPS) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED, subject to the approval of the Court, that the Scheduling Order dated November 20, 2014 entered in these actions shall be amended as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Responsive claim construction briefs | April 16, 2015 | May 7, 2015 |
| Technology tutorial | April 16, 2015 | May 14, 2015 |

3

| Event | Current Date | Proposed Date |
|---|---|---|
| Comments on opposing party's technology tutorial | April 23, 2105 | May 21, 2015 |
| Depositions of expert witnesses to be completed | N/A | June 11, 2015 |
| Reply claim construction briefs (10 pages; expert witness issues only) | N/A | July 1, 2015 |
| *Markman* hearing | May 4, 2015 | August 3, 2015 1:00 |

All other dates in the Scheduling Order remain unchanged.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Maryellen Noreika*

---

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiffs*

COZEN O'CONNOR

*/s /Joseph J. Bellew*

---

Joseph J. Bellew (#4816)
1201 North Market Street, Suite 1001
Wilmington, DE 19801
(302) 295-2025
jbellew@cozen.com

*Attorneys for Defendants Apotex Corp. and Apotex Inc.*

MURPHY & LANDON

/s/ *Francis J. Murphy*

---

Francis J. Murphy (#0223)
1011 Centre Road, Suite 210
Wilmington, DE 19805
(302) 472-8100
fmurphy@msllaw.com

*Attorneys for Defendant Cadila Healthcare Limited and Zydus Pharmaceuticals (USA)*


PHILLIPS, GOLDMAN & SPENCE, P.A.

/s/ *John C. Phillips, Jr.*

---

John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
Megan C. Haney (#5016)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pgslaw.com
dab@psglaw.com
mch@pgslaw.com

*Attorneys for Mylan Pharmaceuticals Inc.*


SMITH, KATZENSTEIN & JENKINS LLP

/s/ *Neal C. Belgam*

---

Neal C. Belgam (#2721)
800 Delaware Avenue, Suite 1000
Wilmington, DE 19801
(302) 504-1688
nbelgam@skjlaw.com

*Attorneys for Defendants Amneal Pharmaceuticals LLC and Amneal Pharmaceuticals of New York LLC*


POTTER ANDERSON & CORROON LLP

/s/ *Bindu A. Palapura*

---

Richard L. Horwitz (#2246)
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

5

| | |
|---|---|
| MORRIS JAMES LLP | RICHARDS, LAYTON & FINGER, PA |
| /s/ *Kenneth L. Dorsney* | /s/ *Kelly E. Farnan* |
| Richard K. Herrmann (#405)<br>Kenneth L. Dorsney (#3726)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>(302) 888-6800<br>rherrmann@morrisjames.com<br>kdorsney@morrisjames.com | Kelly E. Farnan (#4395)<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 651-7705<br>farnan@rlf.com |
| *Attorneys for Defendants Sun Pharma Global FZE and Sun Pharmaceutical Industries, Ltd.* | *Attorneys for Defendants Amerigen Pharmaceuticals Inc. and Amerigen Pharmaceuticals Ltd.* |
| BAYARD, P.A. | RICHARDS, LAYTON & FINGER, P.A. |
| /s/ *Stephen B. Brauerman* | /s/ *Travis S. Hunter* |
| Richard D. Kirk (#922)<br>Stephen B. Brauerman (#4952)<br>Vanessa R. Tiradentes (#5398)<br>Sara E. Bussiere (#5725)<br>222 Delaware Avenue<br>Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899<br>(302) 655-5000<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br>vtiradentes@bayardlaw.com<br>sbussiere@bayardlaw.com | Chad M. Shandler (#3796)<br>Travis S. Hunter (#5350)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>shandler@rlf.com<br>hunter@rlf.com |
| *Attorneys for Lupin Limited and Lupin Pharmaceuticals, Inc.* | *Attorneys for Ranbaxy Inc. and Ranbaxy Laboratories Limited* |

SO ORDERED this \_\_\_\_ day of April 2015.

_____
UNITED STATES DISTRICT JUDGE