**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FOREST LABORATORIES, INC., FOREST LABORATORIES HOLDINGS, LTD., MERZ PHARMA GMBH & CO. KGAA, MERZ PHARMACEUTICALS GMBH, and ADAMAS PHARMACEUTICALS, INC., <br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 14-121-LPS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SERVICE**

The undersigned counsel hereby certifies that a true and correct copy of the following document was caused to be served on December 4, 2015, upon the following attorneys of record as indicated below:

>REBUTTAL EXPERT REPORT OF WILLIAM F. ELMQUIST PH.D. CONCERNING THE NONINFRINGEMENT OF CLAIMS 13 AND 14 OF U.S. PATENT NO. 8,168,209 **[HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER]**

**VIA ELECTRONIC MAIL**

Jack B. Blumenfeld
Maryellen Noreika
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899
jblumenfeld@mnat.com
mnoreika@mnat.com
*Attorneys for Plaintiffs Forest Laboratories, Inc., Forest Laboratories Holdings, Ltd., Merz Pharma GmbH & Co. KGaA, Merz Pharmaceuticals GmbH and Adamas Pharmaceuticals, Inc.*

Peter J. Armenio, P.C.
F. Dominic Cerrito
Anne S. Toker
Robert B. Wilson
Kate E. Cassidy
Krista M. Rycroft
Paul Sounghun Lee
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue
New York, NY  10010
peterarmenio@quinnemanuel.com
nickcerrito@quinnemanuel.com
annetoker@quinnemanuel.com
robertwilson@quinnemanuel.com
katecassidy@quinnemanuel.com
kristarycroft@quinnemanuel.com
paulslee@quinnemanuel.com
*Attorneys for Plaintiffs Forest Laboratories, Inc., Forest Laboratories Holdings, Ltd., Merz Pharma GmbH & Co. KGaA, Merz Pharmaceuticals GmbH and Adamas Pharmaceuticals, Inc.*

Robert S. Hill
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street
10th Floor
Los Angeles, CA  90017
roberthill@quinnemanuel.com
*Attorneys for Plaintiffs Forest Laboratories, Inc., Forest Laboratories Holdings, Ltd., Merz Pharma GmbH & Co. KGaA, Merz Pharmaceuticals GmbH and Adamas Pharmaceuticals, Inc.*

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| | By: */s/ Bindu A. Palapura* |
| Mark D. Schuman | Richard L. Horwitz (#2246) |
| Jeffer Ali | David E. Moore (#3983) |
| Jennell C. Bilek | Bindu A. Palapura (#5370) |
| Christopher A. Pinahs | Hercules Plaza, 6th Floor |
| Alexandra J. Olson | 1313 N. Market Street |
| Iain A. McIntyre | Wilmington, DE 19801 |
| CARLSON, CASPERS, VANDENBURGH, | Tel: (302) 984-6000 |
| LINDQUIST & SCHUMAN, P.A. | rhorwitz@potteranderson.com |
| 225 South Sixth Street, Suite 4200 | dmoore@potteranderson.com |
| Minneapolis, MN 55402 | bpalapura@potteraderson.com |
| Tel: (612) 436-9600 | |
| | *Attorneys for Defendant* |
| Dated: December 8, 2015 | *Teva Pharmaceuticals USA, Inc.* |
| 1211210 / 41281 (14-121) | |