

1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
302 984 6000
www.potteranderson.com

**David E. Moore**
Partner
Attorney at Law
dmoore@potteranderson.com
302  984-6147 Direct Phone
302  658-1192 Fax

February 12, 2016

**VIA ELECTRONIC FILING**

The Honorable Leonard P. Stark
J. Caleb Boggs Federal Building
844 N. King Street, Unit 26, Room 6124
Wilmington, DE 19801-3555

Re: *Forest Laboratories, Inc. et. al. v. Teva Pharmaceuticals USA, Inc., et al.*
**C.A. Nos. 14-121-LPS and 14-686-LPS**

Dear Chief Judge Stark:

The undersigned, along with Carlson, Caspers, Vandenburgh, Lindquist & Schuman, represents the Teva defendants in the above-captioned matters. We write in response to the Court's Order dated February 12, 2016 (C.A. No. 14-121-LPS, D.I. 210 and C.A. No. 14-686-LPS, D.I. 196).

Teva does not object to the proposed Stipulation between Plaintiffs and Apotex. As Teva reads the Stipulation, the Markman Order from January 5, 2016 will not be vacated in the Teva actions, C.A. Nos. 14-121-LPS and 14-686-LPS, and thus, the Markman Order will have full force and effect in the Teva actions.

Teva is fully prepared to litigate the '009 patent at trial starting on February 16, 2016, and there will be no prejudice to Teva as a result of the Court entering the Stipulation on that day and proceeding to trial.

We thank the Court for its consideration.

Respectfully,

*/s/ David E. Moore*

David E. Moore

DEM:nmt/1216525/41281

cc: Clerk of the Court (via hand delivery)
Counsel of Record (via electronic mail)