**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

(302) 658-9200
(302) 658-3989 FAX

**MARYELLEN NOREIKA**
(302) 351-9278
(302) 425-3011 FAX
mnoreika@mnat.com

May 13, 2016 - Original Filing Date
May 16, 2016 - Redacted Filing Date

REDACTED - PUBLIC VERSION

The Honorable Leonard P. Stark                                    *VIA ELECTRONIC FILING*
United States District Court
  For the District of Delaware
822 North King Street
Wilmington, DE 19801

      Re:    *Forest Laboratories, Inc., et al. v. Teva Pharmaceuticals USA, Inc.*
             C.A. Nos. 14-121 (LPS) and 14-686 (LPS)

Dear Chief Judge Stark:

    I write on behalf of the Plaintiffs and Teva in the above-referenced civil actions. [REDACTED] The Plaintiffs and Teva [REDACTED] respectfully request a date for a conference at the Court's earliest convenience.

                                                      Respectfully,

                                                      */s/ Maryellen Noreika*

                                                      Maryellen Noreika (#3208)

MN/dlw
cc:    Clerk of Court (Via Hand Delivery)
        All Counsel of Record (Via Electronic Mail)