**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

———

(302) 658-9200
(302) 658-3989 FAX

**MARYELLEN NOREIKA**
(302) 351-9278
(302) 425-3011 FAX
mnoreika@mnat.com

May 31, 2016

The Honorable Leonard P. Stark                    *VIA ELECTRONIC FILING*
United States District Court
  For the District of Delaware
822 North King Street
Wilmington, DE 19801

       Re:    *Forest Laboratories, Inc., et al. v. Teva Pharmaceuticals USA, Inc.*
              C.A. Nos. 14-121 (LPS) and 14-686 (LPS)

Dear Chief Judge Stark:

      Pursuant to the Court's May 25, 2016 Order, attached is a proposed redacted version of the Court's May 25, 2016 Order (D.I. 236) and its earlier Order (D.I. 232).

                                     Respectfully,

                                     */s/ Maryellen Noreika*

                                     Maryellen Noreika (#3208)

MN/bac
Enclosures

cc:    Clerk of Court (via hand delivery; w/enclosures)
        All Counsel of Record (via electronic mail; w/enclosures)