# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware  19899-1347

(302) 658-9200
(302) 658-3989 FAX

**Jack B. Blumenfeld**
(302) 351-9291
(302) 425-3012 FAX
jblumenfeld@mnat.com

July 20, 2016

The Honorable Leonard P. Stark                                    *VIA ELECTRONIC FILING*
United States District Court
  For the District of Delaware
822 North King Street
Wilmington, DE 19801

    Re:    *Forest Laboratories, Inc., et al. v. Teva Pharmaceuticals USA, Inc.*
             C.A. Nos. 14-121 and 14-686 (LPS)

Dear Chief Judge Stark:

    In accordance with the Court's Order (D.I. 246 in C.A No. 14-121), the parties submit herewith for the Court's review and consideration a proposed Final Judgment.

                                          Respectfully,

                                          */s/ Jack B. Blumenfeld*

                                          Jack B. Blumenfeld (#1014)

JBB/bac
Enclosure

cc:    Clerk of Court (via hand delivery; w/enclosure)
        All Counsel of Record (via electronic mail; w/enclosure)